FILED - LN
November 12, 2026 12:41 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: nmi / SCANNED BY:

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

1:26-cv-3227
Sally J. Berens
U.S. Magistrate Judge

Derek Evan Gardner #624156

(Enter above the full name of the plaintiff(s), including prisoner number, in this action. If you cannot list all plaintiffs in the space provided, please write "see attached" and list all names on an additional page.)

v.

Luis Price
and any sub units and individuals including
MDOC officers corrections and staff
@ Reception and Guidance center in Jackson michigan corrections...

(Enter above the full name of the defendant(s) in this action. If you cannot list all defendants in the space provided, please write "see attached" and list all names on an additional page.)

**COMPLAINT**
*(Print Clearly)*

I. **Previous Lawsuits**

**CAUTION:** The Prison Litigation Reform Act has resulted in substantial changes in the ability of incarcerated individuals to initiate lawsuits in federal courts without prepayment of the civil action filing fee. Accurate and complete responses are required concerning your litigation history. Generally, a plaintiff's failure to accurately and completely answer the questions set forth below will result in denial of the privilege of proceeding *in forma pauperis* and require you to pay the entire $405.00 filing fee regardless of whether your complaint is dismissed.

A. Have you ever filed a lawsuit while incarcerated or detained in any prison or jail facility? Yes ☐ No ☑

B. If your answer to question A was yes, for each lawsuit you have filed you must answer questions 1 through 5 below. Attach additional sheets as necessary to answer questions 1 through 5 below with regard to each lawsuit.

1. Identify the court in which the lawsuit was filed. If it was a state court, identify the county in which the suit was filed. If the lawsuit was filed in federal court, identify the district within which the lawsuit was filed.

   ______________________________

2. Is the action still pending? Yes ☐ No ☐

   a. If your answer was no, state precisely how the action was resolved: ______________________________

3. Did you appeal the decision? Yes ☐ No ☐

4. Is the appeal still pending? Yes ☐ No ☐

   a. If not pending, what was the decision on appeal? ______________________________

5. Was the previous lawsuit based upon the same or similar facts asserted in this lawsuit? Yes ☐ No ☐

   a. If so, explain: ______________________________

II. **Parties**

A. Plaintiff(s)

Enter your name, place of confinement, address, and place of confinement during the events described in the complaint in the blanks below. Provide the same information for any additional plaintiffs. Attach extra sheets as necessary.

Name of Plaintiff Derek Evan Gardner

Place of Present Confinement I.B.C. Bellamy creek corrections.

Address 1727 west Bluewater HWY. Ionia MI

Place of Confinement During Events Described in Complaint Jackson Corrections Corantine Jackson MI.

B. Defendant(s)

Complete the information requested below for each defendant in this action, including whether you are suing each defendant in an official and/or personal capacity. Provide the same information for each additional defendant. If there are more than six defendants attach extra sheets as necessary.

Name of Defendant #1 Luis Price

Position or Title Nurse - R-N

Place of Employment Jackson corrections facility corantine

Address

Official and/or personal capacity?

Name of Defendant #2 MDOC correction officers and staff

Position or Title officers and staff

Place of Employment Jackson corrections facility corantine

Address

Official and/or personal capacity?

Name of Defendant #3 Jackson Prison corrantine

Position or Title Facility Holding

Place of Employment Jackson corrections facility

Address

Official and/or personal capacity?

Name of Defendant #4

Position or Title

Place of Employment

Address

Official and/or personal capacity?

Name of Defendant #5

Position or Title

Place of Employment

Address

Official and/or personal capacity?

COPY

on the day of or about 7-15-25 I Derek Gardner #624156/Lock Block cell 115 was housed @ Jackson MDoc Corontine facility in Jackson Michigan, on this date Registered Nurse Price approached(me Derek Gardner) in Segregation, Proposed oral sex, and made unwanted sexual contact with me Derek Gardner). Then on July 31-2025 During my Exsomination with mr Price he mr Price, Threatened me that if i didnt do what he said then he would set off his personal Protection device. He MR Price said if you dont have sex with me, So faced with this threat I MR Gardner felt I had no choice but to Comply with(him MR Price) and his demand. Simula sexual assault's occurred under the threat of activating the personal protection device, And in exchange for narcotics on both August 1st and 31st, 2025. I reported all four incident's in a complaint on September 3, 2025 Per the prison Elimination Act. Since the report (I made Derek Gardner) I have faced Retaliation in the form of threats and harassment from Corrections officers and staff. I Derek Gardner also have faced inaccurate disciplinar proceedings, From the C/o's and staff @ Jackson Corrantine.

Nature of THE ClAIMS

I Derek Gardner will state a Variety of Claims, Including, But not limited to: (1) Violation of the Constitution's Protection against cruel and unusual punishment (42 U.S.C. § 1983. (2) Violation of the michigan Constitution's Protection against cruel and or unusual punishment (Const. art 1, § 16); (3) Violation of the fourteenth Amendment of the US. Constitution (42 USC § 1983.); (4) Harassment and Retaliation in Violation of Elliott-Larson Civil Rights. Act (ELCRA); (5) Bodily integrity and Substantive due process under the Michigan Constitution (Const. art 1, § 17); and (6) Gross negligence. So I Derek Gardner ask you to please except this Claim and statement into your courts. This is very Serious and deserves to be in the courts hands thank you so very, very, much..

Derek Gardner
#624156.

I'm Suing for Sexual Assault and Retaliation all from my complaint!..

Copy continued from page #4



Cruel and Unusual Punishment Clauses of the U.S. Constitution (42 U.S.C. § 1983 and Cruel or Unusual Punishment Clause of the Michigan Constitution (Art. 1, § 16)

The defendants acted under color of state law, using titles and positions of authority endowed by or comprising an arm of the State of Michigan and the defendant's actions violated my protections against cruel and unusual punishment per the United States Constitution and cruel or unusual punishment per the Michigan Constitution for: (1) the Failure to protect Me & (2) the Failure to render aid, assistance, and treatment; and (3) the Failure to properly train and supervise staff (4) the implementation of polices, customs, and practices with deliberate indifference to the rights of incarcerated individuals to be protected from harm and to be rendered aid, assistance and treatment.

As a direct and proximate cause of Defendants' constitutional violations, I Mr Gardner suffered, among other things, sexual assault and harassment, battery, as well as ongoing emotional and psychological trauma, mental anguish pain and suffering, humiliation, degradation and other emotional injury.

Fourteenth Amendment of the United States Constitution (42 U.S.C. § 1983)

I Mr. Gordner had the right under the Fourteenth Amendment to be free from conduct that shocks the conscience, offending the canons of decency and fairness that express time-tested notions of justice. In violation of this right, Defendants engaged in grossly indecent abuse by intentionally placing him in a position where it was foreseeable that h would be assaulted and I was in fact assaulted. In violation of this right, Defendants engaged in grossly indecent abuse of me MR Gording by intentionally delaying and failing to provide aid and medical care following a sexual assault. Defendants promulgated and/or carried out the acts and omissions, official policies, orders and directives described above intentionally and deliberately, with wanton and reckless disregard for the civil and constitutional rights, privileges, and sensibilities of Me MR Gardner.

As a direct and foreseeable consequence of these policy decisions, failure to train and failure to intervene whe a custom of constitutional violations was occurring, Plaintiff was deprived of his rights under the Fourteenth Amendment to the United States Constitution, and thereby suffered losses identified above.

Harassment and Retaliation in Violation of Elliott-Larsen Civil Rights Act (ELCRA)

The multiple sexual assaults suffered by me MR Gardner and the failure to protect for these assaults amounte to sexual harassment in violation of ELCRA. The harms suffered by me Mr. Gardner upon reporting the assaults amounted to illegal retaliation under ELCRA. As a direct and proximate result of Defendants' violations of ELCRA, I MR. Gardner suffered and continues to suffer damages, including emotional distress, humiliation, mental anguish and trauma, and other economic and non-economic damages.

Bodily integrity and Substantive due process under the Michigan Constitution (Const. art. 1, § 17)

The Michigan Constitution protects an individual's rights to bodily integrity and substantive due process. (Const. art. 1, § 17) Defendants, acting through MDOC employees, policies, customs, practices, the Failures to supervise, and deliberate indifference, deprived me MR. Gardner of bodily integrity and substantive due process protections guaranteed under the Michigan Constitution. Defendants knew or should hav known of the substantial risk that incarcerated individuals including me MR. Gordner, would be subjected to sexual abuse by correctional nursing staff. Defendants' conduct constituted deliberate indifference to me MR. Gardner's constitutional rights and safety.

Copy Continued From pg 4

Defendants had a duty to monitor/supervise ~~me~~ Mr. Gardner and all others in my vicinity at all times in a manner that would [illegible] Defendants failed to carry out reasonably necessary and obvious procedures including proper training, observation, and investigation. Defendants failed in these regards and these failures were grossly negligent.

Defendants above omissions/acts occurred after the sexual assault of me Mr. Gardner, and each act or omission contributed directly and with no other intervening cause to my worsening trauma and outcomes, and the successive incidents of sexual assault.

Gross Negligence

Items of Damages Alleged or Claimed to have been Sustained:

I Mr. Gardner will claim all available common law and statutory remedies and damages, including future damages. I will also seek compensatory damages, costs and interest. The totals of these damages will be developed through discovery and expert testimony.

I Mr. Gardner's damages for reputational and emotional distress are not subject to explicit quantification. See Mich Civ. JI 50.01 ("THE AMOUNT OF MONEY to be awarded for certain of these elements of damage cannot be proved in a precise dollar amount. The law leaves such amount to your sound judgment.").

I Mr. Gardner will claim all damages available under 42 USC 1983, including all those itemized above, as well as punitive damages. Punitive damages will depend on the record developed, but for Due Process reasons, the State is hereby placed on notice that these are estimated to be ten times or more of compensatory damages.

ORIGINAL

III. **Statement of Claim**

State here the **facts** of your case. Describe how each defendant is personally involved. Include also the names of other persons involved, dates and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. **Do not include unrelated claims.** Use as much space as you need. Attach extra sheets if necessary.

#624156/Lock 1 Block cell 115

On the day of or about 7-15-25 I Derek Gardner was housed @ Jackson MDOC Corantine facility in Jackson Michigan. on this date Registered Nurse Price approached (me Derek Gardner) in Segregation, Proposed oral sex, and made unwanted sexual contact with (me-Derek Gardner). Then on July 31-2025 During my Examination with mr Price he mr Price, Threatened me that if i didnt do what he said then he would set off his personal Protection device. He MR Price said if you dont have sex with me, So faced with this threat I MR Gardner felt I had no choice but to comply with (him MR Price) and his demand. Simular sexual assault's occurred under the threat of activating the personal protection device, And in exchange for narcotics on both August 1st and 31st 2025. I reported all four incident's in a complaint on September 3, 2025 Per the prison, Elimination Act. Since the report (i made Derek Gardner) I have faced Retaliation in the form of threats and harassment from Corrections officers and staff. I Derek Gardner also have faced inaccurate disciplinary proceedings, from the C/o's and staff @ Jackson Corrantine.

Nature of THE ClAIMS

I Derek Gardner will state a variety of Claims, Including, But not limited to: (1) Violation of the constitution's Protection against cruel and unusual punishment (42 U.S.C. § 1983. (2) Violation of the michigan constitution's Protection against cruel and or unusual punishment (Const. art 1, § 16); (3) Violation of the fourteenth Amendment of the U.S. Constitution (42 USC § 1983.); (4) Harassment and Retaliation in Violation of Elliott-Larson Civil Rights Act (ELCRA); (5) Bodily integrity and substantive due process under the michigan Constitution (const. art 1, § 17); and (6) Gross negligence. So I Derek Gardner ask you to please except this Claim and statement into your courts. This is very serious and deserves to be in the court's hands thank you so very, very, much.

Derek Gardner



Im Suing for sexual Assault, And Retaliation all from my complaint

## IV. Relief

State briefly and precisely what you want the court to do for you. [illegible]

I Want there to be Judgement, I want the Court to treat this as they would any other case as this. I ask the Court to bring Justice to this case. This is a very, very Serious act in under MDOC policies I look to get paid money for this, all my pain, suffering, humiliation the mental state of mind it's brought on me. I feel I deserve this money im wanting out of this. Theres no amount of money though that will ever make me forget what, was done to me and my mind. But I do want him and The c/o's and staff to have to pay me a lot of money for this. They deserve everything Im asking... as well as Jackson Holding facility Corrantine. Jackson MI

## V. Notice to Plaintiff Regarding Consent

In accordance with the provisions of 28 U.S.C. § 636(c) and Federal Rule of Civil Procedure 73, you are hereby notified that the United States magistrate judges of this district court may, upon your consent, conduct any or all proceedings in this case, including a jury trial and entry of a final judgment. If you consent, any appeal from a judgment entered by a magistrate judge shall be taken directly to the United States Court of Appeals for this judicial circuit in the same manner as an appeal from any other judgment of a district court.

Magistrate judges have greater flexibility in their schedules than district judges, who have heavy criminal caseloads that take priority over civil trials. Accordingly, the magistrate judges are generally able to schedule prisoner civil rights cases for jury trial much sooner, and they are able to provide firm trial dates. Magistrate judges are experienced trial judges who handle a great number of prisoner civil rights cases.

Your decision to consent to the dispositive jurisdiction of a United States magistrate is entirely voluntary. If you do not consent to a magistrate judge, the case will be randomly assigned to a district judge. The magistrate judge already assigned to this case would continue to decide all pretrial matters and would handle all dispositive motions by report and recommendation.

Please check **ONE** box below to indicate whether you voluntarily consent to proceed with a United States magistrate judge or if you would instead prefer that the case be assigned to a district judge.

☑ I hereby voluntarily consent to the United States magistrate judge conducting all proceedings in this case, including entry of a final judgment and all post-judgment matters.

☐ I request that this case be assigned to a district judge.

X ______________________
**Date**

X Derek [illegible]
**Signature of Plaintiff**

**NOTICE TO PLAINTIFF(S)**

The failure of a *pro se* litigant to keep the court apprised of an address change may be considered cause for dismissal.

BALLENGER #892160
I.B.C. West Bluewater HWY
Ionia MI
48846

FIRST-CLASS
US POSTAGE IMI PITNEY BOWES
ZIP 48846 $ 002.27⁰
02 7W
0008038260 NOV 06 2026

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
113 FEDERAL BUILDING
315 W. ALLEGAN ST.
LANSING, MICHIGAN
48933

OFFICIAL BUISNESS